[No. 20934-2-III.   Division Three.   December 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALLEN GARIEPY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02596-4, Robert D. Austin, J., entered February 22, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.

[No. 20174-1-III.   Division Three.   December 12, 2002.]

JAMES C. ROPP, ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-04810-0, Kathleen M. O'Connor, J., entered April 13, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20284-4-III.   Division Three.   December 12, 2002.]

MARK MAYO, ET AL., *Appellants*, v. THORNE L. TIBBITTS, ET AL., *Respondents*.

N. JAMES MORSE, ET AL., *Respondents*, v. MARK MAYO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-07114-4, James M. Murphy, J., entered May 24, 2001. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20585-1-III.   Division Three.   December 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY BRIAN SANKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00431-1, Paul A. Bastine, J., entered October 11, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.